# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHRISTIE WEAVER,**
Appellant,

v.

**LUIS RODRIGUEZ,**
Appellee.

No. 4D20-0153

[October 15, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Tarlika Navarro, Judge; L.T. Case No. FMCE18-8836.

Christie Weaver, Palm Harbor, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***